IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00519-REB-KLM

LAYNE CHRISTENSEN COMPANY, a Delaware corporation,

   Plaintiff,

v.

MILL MAN STEEL, INC., a Colorado corporation,

   Defendant and Third Party Plaintiff,

v.

LINCOLN MANUFACTURING, INC.,

   Third Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Defendant's Unopposed Motion to Postpone Scheduling Conference** [Docket No. 9; Filed April 23, 2012] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for May 1, 2012, is **VACATED** and **RESET** to **July 5, 2012**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

   IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **June 29, 2012**.  All other provisions of the Order Setting Scheduling/Planning Conference issued March 1, 2012 [#5] remain in effect.

   Dated:  April 24, 2012