**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00519-REB-KLM

LAYNE CHRISTENSEN COMPANY, a Delaware corporation,

    Plaintiff,

v.

MILL MAN STEEL, INC., a Colorado corporation,

    Defendant and Third-Party Plaintiff,

v.

LINCOLN MANUFACTURING, INC., a Texas corporation,

    Third-Party Defendant.

**ORDER OF DISMISSAL OF PLAINTIFF LAYNE CHRISTENSEN
COMPANY'S CLAIMS AGAINST DEFENDANT MILL MAN STEEL, INC.**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Plaintiff Layne Christensen Company's Claims Against Defendant Mill Man Steel, Inc. With Prejudice** [#42][1] filed July 19, 2012.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff Layne Christensen Company's claims against defendant Mill Man Steel, Inc. should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss Plaintiff Layne Christensen**

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Company's Claims Against Defendant Mill Man Steel, Inc. With Prejudice** [#42] filed July 19, 2012, is **GRANTED**;

 2. That the claims asserted by plaintiff, Layne Christensen Company against defendant Mill Man Steel, Inc. are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

 3. That plaintiff, Layne Christensen Company is **DROPPED** as a named party to this action, and the case caption is amended as indicated below:

 MILL MAN STEEL, INC., a Colorado corporation,

  Plaintiff,

 v.

 LINCOLN MANUFACTURING, INC., a Texas corporation,

  Defendant.

 Dated July 23, 2012, at Denver, Colorado.

           **BY THE COURT:**

           *[signature]*
           Robert E. Blackburn
           United States District Judge