IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00519-REB-KLM

MILL MAN STEEL, INC., a Colorado corporation,

    Plaintiff,

v.

LINCOLN MANUFACTURING, INC., a Texas corporation,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Add National Fire Insurance Company of Hartford as a Plaintiff** [Docket No. 52; Filed January 29, 2013] (the "Motion"). The Motion being unopposed,

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall amend the caption to reflect the addition of National Fire Insurance Company of Hartford as a Plaintiff.

    Dated: January 30, 2013