IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00519-REB-KLM

MILL MAN STEEL, INC., a Colorado corporation, and
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

    Plaintiffs,

v.

LINCOLN MANUFACTURING, INC., a Texas corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Stay Discovery Pending Resolution of Dispositive Motion to Dismiss for Lack of Personal Jurisdiction** [Docket No. 40; Filed July 17, 2012] (the "Motion"). On December 7, 2012, Judge Blackburn issued an Order Denying Defendant Lincoln Manufacturing Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [#45]. Accordingly, the request for relief in the Motion is moot.

    IT IS HEREBY **ORDERED** that the Motion [#40] is **DENIED AS MOOT**.

    Dated:  February 11, 2013